**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rustic Elegance Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2959064** |

4. **Debtor's address**

**Principal place of business**

**231 Queen Anne Road, Unit A
Harwich, MA 02645**
Number, Street, City, State & ZIP Code

**Barnstable**
County

**Mailing address, if different from principal place of business**

**345 Camp Street, Unit 401
West Yarmouth, MA 02673**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Rustic Elegance Inc.**

Name                                                   Case number (if known)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2361__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

---

Debtor   **Rustic Elegance Inc.**                                    Case number (*if known*) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Rustic Elegance Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 16, 2025**
MM / DD / YYYY

**X** **/s/ Dana F. Greene**                                  **Dana F. Greene**
Signature of authorized representative of debtor        Printed name

Title      **President**

---

**18. Signature of attorney**

**X** **/s/ David B. Madoff**                      Date **January 16, 2025**
Signature of attorney for debtor                  MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone  **508-543-0040**          Email address  **alston@mandkllp.com**

**552968 MA**
Bar number and State

---

Debtor    **Rustic Elegance Inc.**
_____    Case number (if known) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 16 / 2024
MM / DD / YYYY

X _____          **Dana F. Greene**
Signature of authorized representative of debtor          Printed name

Title    **President** _____

**18. Signature of attorney**

X _____          Date  1/16/25
Signature of attorney for debtor          MM / DD / YYYY

**David B. Madoff 552968**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**          Email address   **alston@mandkllp.com**

**552968 MA**
Bar number and State

| Fill in this information to identify the case: |
|---|

Debtor name      **Rustic Elegance Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Declaration and signature |
|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/16/25          X _____
                                Signature of individual signing on behalf of debtor

                                **Dana F. Greene**
                                Printed name

                                **President**
                                Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**OFFICIAL FORM 7**

## United States Bankruptcy Court
### District of Massachusetts

In re   <u>Rustic Elegance Inc.</u>  _____   Case No. _____

  Debtor(s)  Chapter   <u>7</u>   _____

### DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

I [We] _____<u>Dana F. Greene</u>_____, ***hereby declare(s) under penalty of perjury*** that all of the information contained in my <u>Petition, Schedules, Statements and Lists</u> (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  01|16|2025   Signed: _____
  Dana F. Greene
  (Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  1/16/25   Signed: _____
  David B. Madoff 552968
  Madoff & Khoury LLP
  124 Washington Street, Suite 202
  Foxborough, MA 02035
  508-543-0040
  alston@mandkllp.com
  Attorney for Affiant

# CORPORATE VOTE

The undersigned, Dana F. Greene, President and Sole Director, of Rustic Elegance, Inc.,

a Massachusetts corporation (the "Company"), by unanimous vote, pursuant to the Company's

bylaws and the Corporation Law of the Commonwealth of Massachusetts, do hereby approve,

consent to and take the following actions:

|  |  |
|---|---|
| VOTED: | That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote; |
| FURTHER VOTED: | That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes; |
| FURTHER VOTED: | That this Vote be filed in the minute book of the Company. |

Dated: January 16, 2025


_____
Dana F. Greene, President
And Sole Director

**Fill in this information to identify the case:**

Debtor name  **Rustic Elegance Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 16, 2025**          X */s/ Dana F. Greene*
                                            Signature of individual signing on behalf of debtor

                                            **Dana F. Greene**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Rustic Elegance Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...........................................................................................    $    **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................    $    **214,460.70**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...........................................................................................    $    **214,460.70**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **269,760.84**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **293,996.12**

4.    Total liabilities .....................................................................................................................
    Lines 2 + 3a + 3b      $    **563,756.96**

**Fill in this information to identify the case:**

Debtor name **Rustic Elegance Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Santander Checking** | **Business** | **9401** | **$2,836.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | **$2,836.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. **Possible refunds after General Liability and Worker's Comp audits** | **Unknown** |
|---|---|

9. **Total of Part 2.** | **$0.00**
Add lines 7 through 8. Copy the total to line 81.

Debtor   **Rustic Elegance Inc.**_____   Case number *(If known)* _____
       Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   **41,774.70**   -   **0.00**   = ....   **$41,774.70**
     face amount     doubtful or uncollectible accounts

12.   **Total of Part 3.**   **$41,774.70**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Shop Supplies and Inventory** | | **$0.00** | **Approx. Cost** | **$12,000.00** |

23.   **Total of Part 5.**   **$12,000.00**

Add lines 19 through 22. Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Rustic Elegance Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4">**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture and Supplies** | $0.00 | Approx. Cost | $13,300.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**MS Surface, 2 Laptops, 2 Desktops, HP Plotter, DG Printer, 3 Scanners and Various Monitors (Subject to Channel Partners Lien)** | $0.00 | | $8,100.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $21,400.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="4">**Part 8:**  **Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2010 Mitsubishi Fuzo (20 Foot Box Truck)(64,822 miles)** | $0.00 | Comparable sale | $21,000.00 |
| 47.2. | **2020 Ford F350 (64,822 miles)** | $0.00 | Comparable sale | $48,000.00 |

Debtor     **Rustic Elegance Inc.**                                    Case number *(If known)* _____
           Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Extensive Tools and Machinery for cabinetry
     business  - Subject to Security Interest of
     Channel Partners**                                    $0.00     Approx. Value                    $67,450.00

51.  **Total of Part 8.**                                                                         $136,450.00

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **www.re-cc.net** | $0.00 | | $0.00 |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                         $0.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No

Debtor   **Rustic Elegance Inc.**   Case number *(If known)* _____
　　　　　Name

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Rustic Elegance Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,836.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $41,774.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $136,450.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $214,460.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $214,460.70 |

**Fill in this information to identify the case:**

Debtor name   **Rustic Elegance Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Channel Partners Capital, LLC**<br>Creditor's Name<br>**10900 Wayzata Boulevard, Suite 300**<br>**Hopkins, MN 55305**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All Assets** | $200,000.00 | $0.00 |
| | **Describe the lien**<br>**All Asset Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** **0826** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **First Citizen's Bank & Trust**<br>Creditor's Name<br>**155 Commerce Way**<br>**Attn: Bankruptcy**<br>**Portsmouth, NH 03801**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2010 Mitsubishi Fuzo (20 Foot Box Truck)(64,822 miles)** | $29,687.19 | $21,000.00 |
| | **Describe the lien**<br>**Auto Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**11/2022** | | | |
| **Last 4 digits of account number** **7511** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?** | | | |

Debtor   **Rustic Elegance Inc.**
_____
Name                                                Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **First Citizens Federal Credit Union** | | |
|---|---|---|---|

Creditor's Name

**200 Mill Road, Ste. 100
Fairhaven, MA 02719**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Describe debtor's property that is subject to a lien**     $40,073.65     $48,000.00
**2020 Ford F350 (64,822 miles)**

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**6/22**
**Last 4 digits of account number**
**0757**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $269,760.84

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name            **Rustic Elegance Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
**Dan Dignan**
**30 Brixton Road**
**Garden City, NY 11530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit for various projects**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**   Priority amount **$0.00**

**2.2**  Priority creditor's name and mailing address
**Jim Burke Cambridgeport Builders**
**37 Central Avenue**
**Milton, MA 02186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**   Priority amount **$0.00**

| Debtor | **Rustic Elegance Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**John Bradfield**
**622 Commercial Street**
**Provincetown, MA 02657**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**John Bradfield**
**524 Commercial Street**
**Provincetown, MA 02657**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Victoria Bross**
**46 Sandpiper Hill Road**
**Wellfleet, MA 02667**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Banks and Lauren Perez**
**c/o Jonathan W. Young, Esq.**
**Locke Lord LLP**
**111 Huntington Avneue, 9th Floor**
**Boston, MA 02199**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Debt**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rustic Elegance Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,570.00** |
|---|---|---|---|

**Cape Cod Insulation**
**18 Reardon Circle**
**South Yarmouth, MA 02664**

Date(s) debt was incurred _

Last 4 digits of account number  **2230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,547.10** |
|---|---|---|---|

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number  **0896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,906.22** |
|---|---|---|---|

**Castro Finish Carpentry**
**1 Golf Links Circle**
**Sandwich, MA 02563**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155,655.48** |
|---|---|---|---|

**Coastal Mechanical**
**22 Whites Path**
**South Yarmouth, MA 02664**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,492.55** |
|---|---|---|---|

**Home Depot Credit Services**
**PO Box 70614**
**Philadelphia, PA 19176**

Date(s) debt was incurred _

Last 4 digits of account number  **8434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James River Insurance Company**
**6641 West Broad Street, Suite 300**
**Richmond, VA 23230**

Date(s) debt was incurred _

Last 4 digits of account number  **0323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kathleen and Steven Werst**
**c/o Jacqueline Schmedel, Esq.**
**Lawson & Weitzen, LLP**
**88 Black Falcon Avenue, Suite 345**
**Boston, MA 02110**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rustic Elegance Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Ken Eubanks
293 Oakmont Drive
Yarmouth Port, MA 02675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,286.37**

Koopman Lumber
Dept. 6420
PO Box 4110
Woburn, MA 01888

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** **19**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,587.00**

Lansing Building Products
PO Box 6649
Richmond, VA 23230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Mary Perkins and Blythe Robertson
72 Depot Road
Truro, MA 02666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,567.47**

Mid-Cape Home Centers
465 Route 134
South Dennis, MA 02660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** **7418**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Miguel and April Estevez
7 Shipley Circle
Westford, MA 01886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Busines Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$383.93**

Nauset Disposal
P.O. Box 826
Orleans, MA 02653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rustic Elegance Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tigger Realty Trust**
PO Box 1663
Attn: Ken Eubanks
Harwich, MA 02645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Commercial Lease_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zurich-American - Workers Comp Insurance**
PO Box 5600
Hartford, CT 06102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _2031_

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 293,996.12 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 293,996.12 |

**Fill in this information to identify the case:**

Debtor name   **Rustic Elegance Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Commercial Lease** | |
| State the term remaining  **9 Months (Lease is terminated)** | **Tigger Realty Trust** **PO Box 1663** **Harwich, MA 02645** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Rustic Elegance Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dana Greene** | | **First Citizens Federal Credit Union** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dana Greene** | | **Channel Partners Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Dana Greene** | | **First Citizen's Bank & Trust** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Rustic Elegance Inc.**

United States Bankruptcy Court for the:     DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
   | **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$1,510,576.00** |
   | **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$1,990,529.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor   **Rustic Elegance Inc.**                                   Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dana Greene**<br><br>**Owner** | **1/13/24 -<br>$500.00**<br><br>**2/10/24 -<br>$5,000.00**<br>**3/28/24 -<br>$6,000.00**<br>**7/17/24 -<br>$5,000.00** | **$16,500.00** | **Shareholder Distribution** |
| 4.2. **Dana Greene**<br><br>**Owner** | **2024** | **$90,000.00** | **Gross Payroll** |
| 4.3. **Lisa Greene**<br><br>**Owner's wife** | **2024** | **$35,806.96** | **Gross Payroll** |
| 4.4. **Matthew Greene**<br><br>**Owner's son** | **2024** | **$26,390.79** | **Gross Payroll** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | Rustic Elegance Inc. | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Andrew Banks, et al. v Rustic Elegance, Inc., et al.**<br>**24CV12834** | **Collection/Breach of Contract** | **MA District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees** | | **$5,000.00** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Rustic Elegance Inc.** _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.    **United States Bankruptcy Court** | | | |
| | **Filing Fee** | | $338.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.    **Third Party - Nick Colombo** | **2020 Ford Transit 350** | | $30,000.00 |
| **Relationship to debtor** **None** | | | |
| 13.2.    **Third Party** | **2019 Car Mate Utility Trailer** | | $6,000.00 |
| **Relationship to debtor** **None** | | | |
| 13.3.    **Third Party** | **2022 Loan Trail Dump Trailer** | | $6,200.00 |
| **Relationship to debtor** **None** | | | |

**Part 7:**    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor    **Rustic Elegance Inc.**                                        Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **22A Atlantic Avenue South Dennis, MA 02660** | **10/1/2021 -** |
| 14.2. | **900 Rt 134 Unit 1-2 South Dennis, MA 02660** | **1/1/2021 -** |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Cape Cod Cooperative Bank Harwich, MA** | **XXXX-** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **2 Business Accounts** | **November 2025, Approx. $600 transferred to Santander, Accounts were never used** | **$600.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Rustic Elegance Inc.**                                                                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Rustic Elegance Inc.** | Case number *(if known)* |
| --- | --- | --- |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.  **Mark Paquin**<br>**Sherman, Kelly & Associates, P.C.**<br>**1070 Route 134**<br>**South Dennis, MA 02660** | **2019 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.  **Mark Paquin**<br>**Sherman, Kelly & Associates, P.C.**<br>**1070 Route 134**<br>**South Dennis, MA 02660** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.  **Mark Paquin**<br>**Sherman, Kelly & Associates, P.c.**<br>**1070 Route 134**<br>**South Dennis, MA 02660** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.  **Koopman Lumber** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor   **Rustic Elegance Inc.**                                    Case number *(if known)* _____

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Dana F. Greene | 345 Camp Street, Unit 401 West Yarmouth, MA 02673 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 | **See Question 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **Rustic Elegance Inc.**                                          Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 16, 2025**

**/s/ Dana F. Greene**                                        **Dana F. Greene**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Rustic Elegance Inc.
## 90 Day Payment List by Vendor
### September 1-December 17, 2024

| | Date | Transaction type | Memo/Description | Amount |
|---|---|---|---|---|
| **1st Citizen Auto Loan** | | | | |
| | 09/09/2024 | Expense | LEASING SERVICES EDI PYMNTS NTE*OBI*097-0175204- | -952.14 |
| | 09/16/2024 | Expense | 1ST CITIZENS FCU WEB PYMNT | -1,405.00 |
| | 10/07/2024 | Expense | LEASING SERVICES EDI PYMNTS NTE*OBI*097-0175204- | -952.14 |
| | 10/16/2024 | Expense | 1ST CITIZENS FCU WEB PYMNT | -1,405.00 |
| | 11/18/2024 | Expense | 1ST CITIZENS FCU WEB PYMNT | -1,400.00 |
| **Total for 1st Citizen Auto Loan** | | | | **-$6,114.28** |
| **Ace Cloud Hosting** | | | | |
| | 09/04/2024 | Expense | ACECLOUDHOSTING PURCHASE 240903 DANA GREENE | -85.00 |
| | 10/04/2024 | Expense | ACECLOUDHOSTING PURCHASE 241003 DANA GREENE | -80.00 |
| | 11/05/2024 | Expense | ACECLOUDHOSTING PURCHASE 241104 DANA GREENE | -80.00 |
| | 11/06/2024 | Deposit | ACH RETURNED ITEM | 80.00 |
| | 11/08/2024 | Expense | ACECLOUDHOSTING RETURN FEE241107 DANA GREENE | -25.00 |
| | 12/04/2024 | Expense | ACECLOUDHOSTING PURCHASE 241203 DANA GREENE | -90.00 |
| **Total for Ace Cloud Hosting** | | | | **-$280.00** |
| **Ace Hardware** | | | | |
| | 09/16/2024 | Expense | | -65.85 |
| | 11/23/2024 | Expense | | -32.91 |
| **Total for Ace Hardware** | | | | **-$98.76** |
| **Adobe** | | | | |
| | 09/23/2024 | Expense | ADOBE  *ADOBE - 0121 | 21.24 |
| **Total for Adobe** | | | | **$21.24** |
| **ADP** | | | | |
| | 09/06/2024 | Expense | ADP WAGE PAY WAGE PAY 230104 742051512972A3L | -11,392.66 |
| | 09/13/2024 | Expense | ADP WAGE PAY WAGE PAY 230104 742051512972A3L | -10,271.93 |
| | 09/19/2024 | Expense | ADP Tax ADP Tax 240919 KHA3L 091938A01 | -281.98 |
| | 09/19/2024 | Expense | ADP WAGE PAY WAGE PAY 240919 XXXXXXXX9604A3L | -790.11 |

| | | | |
|---|---|---|---|
| | 09/25/2024 Expense | ADP WAGE PAY WAGE PAY 230104 742051512972A3L | -11,834.11 |
| | 09/25/2024 Expense | ADP WAGE PAY WAGE PAY 230104 742051512972A3L | -1,278.48 |
| **Total for ADP** | | | **-$35,849.27** |
| ADP Payroll Fees | | | |
| | 09/06/2024 Expense | ADP PAYROLL FEES ADP FEES 240906 XXXXXXXX4729 | -143.48 |
| | 09/13/2024 Expense | ADP PAYROLL FEES ADP FEES 240913 XXXXXXXX4466 | -140.03 |
| | 09/20/2024 Expense | ADP PAYROLL FEES ADP FEES 240920 XXXXXXXX4074 | -143.48 |
| | 09/27/2024 Expense | ADP PAYROLL FEES ADP FEES 240927 XXXXXXXX5107 | -259.45 |
| | 10/04/2024 Expense | ADP PAYROLL FEES ADP FEES 241004 XXXXXXXX3344 | -262.81 |
| | 11/01/2024 Expense | ADP PAYROLL FEES ADP FEES 241101 XXXXXXXX9951 | -109.45 |
| | 11/04/2024 Deposit | ACH RETURNED ITEM | 109.45 |
| | 11/13/2024 Expense | ADP PAYROLL FEES ADP FEES 241113 XXXXXXXX2492 | -109.45 |
| | 12/06/2024 Expense | ADP PAYROLL FEES ADP FEES 241206 XXXXXXXX4856 | -109.45 |
| **Total for ADP Payroll Fees** | | | **-$1,168.15** |
| Ally Auto Finance | | | |
| | 09/27/2024 Expense | ALLY ALLY PAYMT240927 XXXXXXXX9504 | -935.31 |
| **Total for Ally Auto Finance** | | | **-$935.31** |
| Atlantic Plywood | | | |
| | 09/04/2024 Bill Payment (Check) | | -564.53 |
| | 09/09/2024 Bill Payment (Check) | | -2,305.88 |
| **Total for Atlantic Plywood** | | | **-$2,870.41** |
| Autodesk | | | |
| | 09/03/2024 Expense | Autodesk ADY | 472.81 |
| | 09/18/2024 Expense | Autodesk ADY | 90.31 |
| **Total for Autodesk** | | | **$563.12** |
| Burns Power Tools | | | |
| | 09/16/2024 Expense | BURNS TOOLS | 71.60 |
| **Total for Burns Power Tools** | | | **$71.60** |
| Cape Cod Brass & Security Hardware, Inc | | | |
| | 10/02/2024 Expense | | -23.80 |
| **Total for Cape Cod Brass & Security Hardware, Inc** | | | **-$23.80** |
| Capital One Spark Card - 0896 | | | |

|  | | | |
|---|---|---|---|
| | 09/25/2024 Expense | | 110.00 |
| | 11/07/2024 Expense | | 39.00 |
| | 11/12/2024 Expense | | 303.08 |
| **Total for Capital One Spark Card - 0896** | | | **$452.08** |
| Capital One Venture Card - 0121 | | | |
| | 09/12/2024 Expense | INTEREST CHARGE:PURCHASES | 234.39 |
| | 09/12/2024 Expense | INTEREST CHARGE:PURCHASES | 292.69 |
| | 10/12/2024 Expense | INTEREST CHARGE:PURCHASES - 0896 | 304.83 |
| | 10/12/2024 Expense | INTEREST CHARGE:PURCHASES - 0121 | 275.41 |
| | 11/12/2024 Expense | | 275.25 |
| **Total for Capital One Venture Card - 0121** | | | **$1,382.57** |
| Carla's Cleaning Enterprise, Inc | | | |
| | 09/06/2024 Bill Payment (Check) | | -105.00 |
| **Total for Carla's Cleaning Enterprise, Inc** | | | **-$105.00** |
| ClosetPro | | | |
| | 09/11/2024 Expense | CLOSETPRO SOFTWARE | 300.00 |
| **Total for ClosetPro** | | | **$300.00** |
| Comcast | | | |
| | 09/03/2024 Expense | COMCAST CABLE COMM | 271.51 |
| **Total for Comcast** | | | **$271.51** |
| Commonwealth Of Massachusetts | | | |
| | 12/12/2024 Expense | | -311.66 |
| | 12/12/2024 Expense | | -170.19 |
| **Total for Commonwealth Of Massachusetts** | | | **-$481.85** |
| Compass Moving & Storage INC | | | |
| | 09/02/2024 Bill Payment (Credit Card) | | 415.00 |
| **Total for Compass Moving & Storage INC** | | | **$415.00** |
| Cumberland Farms | | | |
| | 09/02/2024 Expense | CUMBERLAND FARMS 2307 | 17.26 |
| | 09/04/2024 Expense | CUMBERLAND FARMS 2315 | 80.32 |
| | 09/06/2024 Expense | CUMBERLAND FARMS 2315 | 36.61 |

| | | | |
|---|---|---|---:|
| | 09/13/2024 Expense | CUMBERLAND FARMS 2348 | 73.50 |
| | 09/27/2024 Expense | CUMBERLAND FARMS 2315 - 9004 | 55.34 |
| **Total for Cumberland Farms** | | | **$263.03** |
| Delta Dental | | | |
| | 09/03/2024 Expense | DELTA DENTAL OF MA BOSTON /MA US CARD PURCHASE | -192.00 |
| | 10/03/2024 Expense | DELTA DENTAL OF MA BOSTON /MA US CARD PURCHASE | -192.00 |
| **Total for Delta Dental** | | | **-$384.00** |
| Eagle Woodworking | | | |
| | 09/27/2024 Expense | FI *EAGLE WOODWORKING LAWRENCE /MA US CARD PURCHASE | -913.35 |
| | 09/27/2024 Expense | FI *EAGLE WOODWORKING LAWRENCE /MA US CARD PURCHASE | -538.57 |
| **Total for Eagle Woodworking** | | | **-$1,451.92** |
| Executive Landscaping | | | |
| | 09/06/2024 Bill Payment (Check) | | -356.00 |
| **Total for Executive Landscaping** | | | **-$356.00** |
| Exxon | | | |
| | 09/06/2024 Expense | EXXON HARWICH PUBLIC M | 69.55 |
| | 09/06/2024 Expense | EXXON HARWICH PUBLIC M | 51.64 |
| | 09/16/2024 Expense | EXXON HARWICH PUBLIC M | 19.55 |
| | 09/17/2024 Expense | EXXON HARWICH PUBLIC M | 97.54 |
| **Total for Exxon** | | | **$238.28** |
| George's Pizza House | | | |
| | 09/03/2024 Expense | GEORGE'S PIZZA HOUSE ( | 37.01 |
| **Total for George's Pizza House** | | | **$37.01** |
| GM Financial | | | |
| | 09/27/2024 Expense | GM FINANCIAL ONLINE PMT240927 CKF702099147POS | -552.91 |
| **Total for GM Financial** | | | **-$552.91** |
| GoDaddy | | | |
| | 09/03/2024 Expense | DNH*GODADDY#XXXXXX5315 480-505-8855 /AZ US CARD PURCHASE | -725.73 |
| | 09/30/2024 Expense | DNH*GODADDY#XXXXXX4062 480-505-8855 /AZ US CARD PURCHASE | -344.12 |
| **Total for GoDaddy** | | | **-$1,069.85** |

Grizzly Tools

| | | | |
|---|---|---|---|
| 09/05/2024 | Expense | GRIZZLY INDUSTRIAL PHONE | 88.08 |
| **Total for Grizzly Tools** | | | **$88.08** |

Harbor Freight

| | | | |
|---|---|---|---|
| 09/13/2024 | Expense | HARBOR FREIGHT TOOLS 409 | 53.10 |
| 09/14/2024 | Expense | HARBOR FREIGHT TOOLS 409 | 10.61 |
| **Total for Harbor Freight** | | | **$63.71** |

Harwich Paint and Decorating Center

| | | | |
|---|---|---|---|
| 09/11/2024 | Expense | HARWICH PAINT AND DECO | 12.72 |
| **Total for Harwich Paint and Decorating Center** | | | **$12.72** |

Hulu

| | | | |
|---|---|---|---|
| 09/27/2024 | Expense | HLU*HULUPLUS - 0121 | 81.99 |
| **Total for Hulu** | | | **$81.99** |

Madoff & Khoury LLP

| | | | |
|---|---|---|---|
| 09/27/2024 | Expense | BRANCH TRANSACTION AT MIDDLEBORO  - CHECK PURCHASE. | -3,000.00 |
| 11/06/2024 | Expense | BRANCH TRANSACTION AT SOUTH YARMOUTH  - CHECK PURCHASE. | -2,338.00 |
| **Total for Madoff & Khoury LLP** | | | **-$5,338.00** |

Microsoft

| | | | |
|---|---|---|---|
| 09/05/2024 | Expense | MSFT * E0400TB8VY MSBILL.INFO /WA US CARD PURCHASE | -303.88 |
| 11/12/2024 | Expense | MSFT * E0400TNZME E040 MSBILL.INFO /WA US CARD PURCHASE | -434.77 |
| 12/06/2024 | Expense | MSFT * E0400UD224 MSBILL.INFO /WA US CARD PURCHASE | -233.75 |
| **Total for Microsoft** | | | **-$972.40** |

MyFax

| | | | |
|---|---|---|---|
| 09/13/2024 | Expense | CCSI MYFAX | 12.75 |
| 10/14/2024 | Expense | | 12.75 |
| **Total for MyFax** | | | **$25.50** |

Pay by Plate MA

| | | | |
|---|---|---|---|
| 09/17/2024 | Expense | COMM OF MASS EFT MA DOR PAY240916 817669056 | -435.00 |
| 12/05/2024 | Expense | COMM OF MASS EFT MA DOR PAY241204 147225536 | -95.63 |
| **Total for Pay by Plate MA** | | | **-$530.63** |

Premium Plywood Specialties

|  | 09/05/2024 | Expense | PREMIUM PLYWOOD | 91.38 |
|  | 09/07/2024 | Bill Payment (Credit Card) |  | 78.71 |
|  | 09/07/2024 | Bill Payment (Credit Card) |  | 123.90 |
| **Total for Premium Plywood Specialties** |  |  |  | **$293.99** |
| Ready Refresh |  |  |  |  |
|  | 09/14/2024 | Expense | READYREFRESH/WATERSERV | 116.20 |
| **Total for Ready Refresh** |  |  |  | **$116.20** |
| Richelieu |  |  |  |  |
|  | 09/14/2024 | Bill Payment (Credit Card) |  | 123.16 |
|  | 09/18/2024 | Bill Payment (Credit Card) |  | 90.75 |
| **Total for Richelieu** |  |  |  | **$213.91** |
| Rockland Federal Credit Union |  |  |  |  |
|  | 11/16/2024 | Expense |  | -19,840.00 |
| **Total for Rockland Federal Credit Union** |  |  |  | **-$19,840.00** |
| Safety Indemnity Insurance Company |  |  |  |  |
|  | 09/23/2024 | Expense | SAFETY INS 20 CUSTOM HO/MA US CARD PURCHASE | -213.95 |
|  | 11/22/2024 | Expense | SAFETY INSURANCE INS PREMIU241121 0238171 | -242.00 |
|  | 11/22/2024 | Expense | SAFETY INSURANCE INS PREMIU241121 0238178 | -650.55 |
| **Total for Safety Indemnity Insurance Company** |  |  |  | **-$1,106.50** |
| Shell |  |  |  |  |
|  | 09/02/2024 | Expense | SHELL OILXXXXXXXXXXXX | 87.25 |
| **Total for Shell** |  |  |  | **$87.25** |
| Sherman, Kelly & Associates |  |  |  |  |
|  | 12/16/2024 | Bill Payment (Check) |  | -3,678.50 |
| **Total for Sherman, Kelly & Associates** |  |  |  | **-$3,678.50** |
| Stonewood Products |  |  |  |  |
|  | 09/13/2024 | Bill Payment (Check) |  | -265.57 |
| **Total for Stonewood Products** |  |  |  | **-$265.57** |
| TD Auto Finance |  |  |  |  |
|  | 09/13/2024 | Expense | TD AUTO FINANCE LOAN PYMT 240913 | -768.78 |

| | | | |
|---|---|---|---:|
| | 10/15/2024 Expense | TD AUTO FINANCE LOAN PYMT 241013 | -768.78 |
| **Total for TD Auto Finance** | | | **-$1,537.56** |
| The Home Depot | | | |
| | 09/14/2024 Expense | THE HOME DEPOT #2612 | 57.57 |
| **Total for The Home Depot** | | | **$57.57** |
| The Modern Woodright, LLC | | | |
| | 09/09/2024 Bill Payment (Check) | | -2,100.00 |
| **Total for The Modern Woodright, LLC** | | | **-$2,100.00** |
| Tigger Realty Trust | | | |
| | 09/04/2024 Bill Payment (Check) | | -5,725.68 |
| **Total for Tigger Realty Trust** | | | **-$5,725.68** |
| Topaz Engineering | | | |
| | 09/16/2024 Expense | TOPAZ ENGINEERING SUPPLY, | 129.57 |
| **Total for Topaz Engineering** | | | **$129.57** |
| Town Of Harwich | | | |
| | 09/05/2024 Bill Payment (Check) | | -149.65 |
| | 10/26/2024 Expense | | -403.85 |
| **Total for Town Of Harwich** | | | **-$553.50** |
| Verizon Wireless | | | |
| | 09/13/2024 Expense | VERIZON WIRELESS PAYMENTS 240913 *************01 | -301.42 |
| **Total for Verizon Wireless** | | | **-$301.42** |
| Woodworker Express | | | |
| | 09/04/2024 Bill Payment (Credit Card) | | 96.90 |
| **Total for Woodworker Express** | | | **$96.90** |
| Wurth Baer Supply Co | | | |
| | 09/09/2024 Bill Payment (Check) | | -954.54 |
| | 09/18/2024 Bill Payment (Check) | | -434.98 |
| **Total for Wurth Baer Supply Co** | | | **-$1,389.52** |
| | | | **-$89,797.96** |

Accrual Basis Wednesday, December 18, 2024 03:35 AM GMTZ

## United States Bankruptcy Court
### District of Massachusetts

In re    **Rustic Elegance Inc.**                                    Case No.
                                                    Debtor(s)    Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **January 16, 2025**                    **/s/ Dana F. Greene**

                                                    **Dana F. Greene/President**
                                                    Signer/Title

.

Andrew Banks and Lauren Perez
c/o Jonathan W. Young, Esq.
Locke Lord LLP
111 Huntington Avneue, 9th Floor
Boston, MA 02199

Cape Cod Insulation
18 Reardon Circle
South Yarmouth, MA 02664

Capital One
PO Box 71087
Charlotte, NC 28272

Castro Finish Carpentry
1 Golf Links Circle
Sandwich, MA 02563

Channel Partners Capital, LLC
10900 Wayzata Boulevard, Suite 300
Hopkins, MN 55305

Coastal Mechanical
22 Whites Path
South Yarmouth, MA 02664

Dan Dignan
30 Brixton Road
Garden City, NY 11530

First Citizen's Bank & Trust
155 Commerce Way
Attn: Bankruptcy
Portsmouth, NH 03801

First Citizens Federal Credit Union
200 Mill Road, Ste. 100
Fairhaven, MA 02719

Home Depot Credit Services
PO Box 70614
Philadelphia, PA 19176

James River Insurance Company
6641 West Broad Street, Suite 300
Richmond, VA 23230

Jim Burke Cambridgeport Builders
37 Central Avenue
Milton, MA 02186

John Bradfield
622 Commercial Street
Provincetown, MA 02657

John Bradfield
524 Commercial Street
Provincetown, MA 02657

Kathleen and Steven Werst
c/o Jacqueline Schmedel, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02110

Ken Eubanks
293 Oakmont Drive
Yarmouth Port, MA 02675

Koopman Lumber
Dept. 6420
PO Box 4110
Woburn, MA 01888

Lansing Building Products
PO Box 6649
Richmond, VA 23230

Mary Perkins and Blythe Robertson
72 Depot Road
Truro, MA 02666

Mid-Cape Home Centers
465 Route 134
South Dennis, MA 02660

Miguel and April Estevez
7 Shipley Circle
Westford, MA 01886

Nauset Disposal
P.O. Box 826
Orleans, MA 02653

Tigger Realty Trust
PO Box 1663
Attn: Ken Eubanks
Harwich, MA 02645

Tigger Realty Trust
PO Box 1663
Harwich, MA 02645

Victoria Bross
46 Sandpiper Hill Road
Wellfleet, MA 02667

Zurich-American - Workers Comp Insurance
PO Box 5600
Hartford, CT 06102

# United States Bankruptcy Court
## District of Massachusetts

In re  **Rustic Elegance Inc.**
                                    Debtor(s)

Case No. _____
Chapter    **7**


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rustic Elegance Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]




**January 16, 2025**

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **Rustic Elegance Inc.**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**